No. 71–1476. GAFFNEY v. CUMMINGS ET AL. Appeal from D. C. Conn. Probable jurisdiction noted.

No. 72–77. NORWOOD ET AL. v. HARRISON ET AL. Appeal from D. C. N. D. Miss. Probable jurisdiction noted.